**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00670-CV

### IN RE LEWIS FOOD TOWN, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-60977**

---

## MEMORANDUM OPINION

On November 17, 2021, relator Lewis Food Town, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jeralynn Manor, presiding judge of the 80th District Court of Harris County, to vacate her September 27, 2021 order granting real party in interest's motion to strike

relator's expert's counteraffidavits and October 21, 2021 order denying relator's motion for reconsideration.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.